UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOVIEL CLEVE DWYER,

                    Plaintiff,

        -against-

OFFICER CHRISTOPHER K. BOLEY, et al.,

                    Defendants.

**ORDER OF SERVICE**

No. 25-CV-02480 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 9, 2026, the Court issued an order, *inter alia*, directing the New York State Attorney General ("NYAG") to "ascertain the identity of the correct [Lopez and Wilson] defendants that Plaintiff seeks to sue." (Doc. 34). On March 5, 2026, the NYAG filed a letter setting forth the identity and service addresses of CO George Wilson and CS Raymond Lopez, Jr., who, based upon NYAG's investigation, are the likely identities of the Lopez and Wilson Defendants (Doc. 39). Accordingly, the Court deems the amended complaint amended to substitute defendants "Eric E. Wilson," "George Wilson," "Jerry Wilson," "Martin G. Lopez," and "Raymond Lopez, Jr." with the newly identified and corrected individuals, CO George Wilson and CS Raymond Lopez, Jr. Additionally, in light of NYAG's representations concerning Defendant Correctional Officer Bullard, the Court also deems the amended complaint amended to terminate "Correctional Officer Bullard" as a defendant in this action.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on defendants CO George Wilson and CS Raymond Lopez, Jr. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendants.[1]

If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff is reminded that he must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for newly-added Defendants CO George Wilson and CS Raymond Lopez, Jr., complete the USM-285 form with the addresses for these defendants, and deliver all documents necessary to effect service on these defendants to the U.S. Marshals Service. The Clerk of Court is also respectfully requested to terminate the following individuals as defendants in this action: "Eric E. Wilson," "George Wilson," "Jerry Wilson," "Martin G. Lopez," "Raymond Lopez, Jr.," and "Correctional Officer Bullard."

The Clerk of Court is directed to mail a copy of this Order and the Amended Complaint to the New York State Attorney General's Office at: 28 Liberty Street, New York, NY 10005. The Clerk of Court is further directed to mail this Order, and an information package to Plaintiff.

---

[1] The deadline for service of process upon Defendants Wilson and Lopez, Jr. is extended until 90 days after the date summonses are issued.

3

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    White Plains, New York
          March 9, 2026

PHILIP M. HALPERN
United States District Judge

## DEFENDANTS AND SERVICE ADDRESS

1.      CO George Wilson
        DOCCS Office of Counsel
        1220 Washington Avenue, Building 4
        Albany, NY 12226

2.      CS Raymond Lopez, Jr.
        Fishkill Correctional Facility
        18 Strack Drive
        Beacon, NY 12508-0307