UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOVIEL CLEVE DWYER,

Plaintiff,

-against-

OFFICER CHRISTOPHER K. BOLEY, et al.,

Defendants.

**ORDER**

25-CV-02480 (PMH)

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on March 25, 2025 (Doc. 1), and filed an Amended Complaint on January 5, 2026 (Doc. 32), and a Second Amended Complaint, the operative pleading, on April 21, 2026 (Doc. 49, "SAC"). Defendants Eschmann, Boley, Pomarico, Scott, and Wilson filed an answer to the SAC on May 8, 2026 (Doc. 55), Defendant Lopez Jr. filed an Answer to the SAC on July 1, 2026 (Doc. 64), and Defendants Burnett, Pisano, Flores, Oechsner, and Ngbodi ("Moving Defendants") sought leave to move to dismiss the SAC on May 8, 2026 (Doc. 54). The Court granted the Moving Defendants permission to move to dismiss the SAC on May 19, 2026 and entered a briefing schedule. (Doc. 58). On June 22, 2026, the Moving Defendants filed their motion to dismiss. (Doc. 61). Plaintiff's opposition was due by July 20, 2026. (*See* Doc. 58). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief. On August 3, 2026, Moving Defendants filed a letter requesting that the Court deem the motion unopposed. (Doc. 65).

Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until September 4, 2026. Moving Defendants' reply, if any, is due September 18, 2026. Accordingly, Moving Defendants' letter application (Doc. 65) is denied.

**If plaintiff fails to file his opposition by September 4, 2026, the motion may be deemed fully submitted and unopposed. No further extensions of time will likely be granted.**

The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
August 4, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge